

RRR/JCC: USAO 2021R00344

USDC- GREENBELT
'22 MAY 4 PM 12:13

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. 22-Cr-00172 PX |
| | * | |
| THOMAS PATRICK CONNALLY, JR., | * | (Threats Against a Federal Official, 18 |
| | * | U.S.C. § 115(a)(1)(B)) |
| Defendant | * | |
| | * | |

*******

## INFORMATION
### (Threats Against a Federal Official)

The United States Attorney for the District of Maryland charges that:

On or about April 24, 2021, in the District of Maryland and elsewhere, the defendant,

**THOMAS PATRICK CONNALLY, JR.,**

did threaten to assault and murder Dr. Anthony Fauci, the current Director of the National Institute of Allergy and Infectious Diseases and the President of the United States' Chief Medical Advisor, with intent to impede, intimidate, and interfere with Dr. Anthony Fauci while Dr. Anthony Fauci was engaged in the performance of Dr. Anthony Fauci's official duties and with intent to retaliate against Dr. Anthony Fauci on account of the performance of Dr. Anthony Fauci's official duties, in violation of Title 18, United States Code, Section 115.

18 U.S.C. § 115(a)(1)(B)

_5/4/2022_
Date

_Erek L. Barron/rrr_
Erek L. Barron
United States Attorney