**From:** Durham Township ███████████████████
**Sent:** Wednesday, July 27, 2022 2:46 PM
**To:** Ellie Marranzini <Ellie_Marranzini@fd.org>
**Subject:** Re: Aug 4

Kathleen Connally
███████████
Durham, PA 18039
July 27, 2022

Your Honor,
Thank you for reading this letter.  I am Thomas Connally's sister, Kathleen Connally.

I wanted to be there today for Tom's sentencing.  Unfortunately, for this situation, I live eight hours' drive (round trip) from the courthouse, and found out today that my car, a 2012 Subaru Outback with 207,000 miles on it, needs transmission work which my mechanic cannot complete until after the sentencing date.

It is my hope that Tom can be released soon. Please know that I will continue in a supportive role during Tom's transition back into the community.

I am very sorry not to be in attendance to support Tom today.  I appreciate your understanding.
Sincerely,
Kathleen Connally