# EXHIBIT 1

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Levine, Rachel |
| Subject: | [External] You are disgusting sickening ghoul that belongs in a garbage dump |
| Date: | Tuesday, November 24, 2020 9:22:59 AM |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

Hope that's where you wind up soon, you utterly vile sickening freak criminal, hope you get what you deserve soon, you sick fucking piece of dog shit


Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Levine, Rachel |
| Subject: | [External] Hope you are thrown into a trash incinerator ASAP, Richard "Dick" Levine |
| Date: | Tuesday, November 24, 2020 9:24:58 AM |

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

Hey Richard "Dick" Levine,

Hope you and every cocksucking piece of diseased Talmudic dog shit at your mikvah is rounded up and thrown into a garbage incinerator


Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Levine, Rachel |
| Subject: | [External] Mandatory Lead Injections In Diseased Kike Faggots100% Effective against idiotic kike virus hoax |
| Date: | Tuesday, November 24, 2020 9:28:25 AM |

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

Hey Richard "Dick" Levine,

I've heard that injections of lead into the skulls of inbred Talmudic circus freaks like you is 100% effective against obsolete kike media virus hoax

Hope it happens soon, to you and every piece of kike dog shit in Europe and North America.

KIKE GENOCIDE NOW!!!!

I LOVE VIOLENCE AGAINST KIKE DOG SHIT!!!

OPEN SEASON ON KIKE GARBAGE!!!!!!!


Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Levine, Rachel |
| Subject: | [External] Hope someone smashes every bone in your disgusting kike skull with a crowbar |
| Date: | Tuesday, November 24, 2020 9:33:15 AM |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

Hope every bone in your disgusting cocksucking kike face is broken


Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Levine, Rachel |
| Subject: | [External] Hope someone pours gasoline down you diseased anus and burns you in the street |
| Date: | Tuesday, November 24, 2020 9:35:30 AM |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

sickening disgusting piece of subhuman garbage, you and Tommy the crypto belong in a fucking oven, and you know that. Hope you are tied to four cars and have your arms and legs ripped off you sickening piece of shit. I will do all I can to eliminate kike dog shit like you from this planet, by whatever means necessary.


Sent with ProtonMail Secure Email.

| | |
|---|---|
| From: | naturtheateralhena |
| To: | Levine, Rachel |
| Subject: | [External] Hope every bone in your disgusting face is broken with a crowbar |
| Date: | Tuesday, November 24, 2020 9:37:59 AM |

***ATTENTION:*** *This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

So mote it be.


Sent with ProtonMail Secure Email.