**OFFICE OF THE FEDERAL PUBLIC DEFENDER
DISTRICT OF MARYLAND**
SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND 20770
TEL: (301) 344-0600
FAX: (301) 344-0019

August 3, 2022

Honorable Paula Xinis
United States District Court
 for the District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

      Re:    *United States v. Thomas Connally*
               Crim. No. PX-22-172
               Supplemental Sentencing Materials

Dear Judge Xinis:

      In Mr. Connally's sentencing memorandum, we addressed the stress Mr. Connally experienced in connection with his mother's isolation in a nursing home during the pandemic. To supplement his submission, Mr. Connally points the Court to two news articles, published in 2020, drawing attention to the impact of social isolation upon nursing home residents during the pandemic, a topic he was acutely concerned about at the time.

      A July 2020 article by The Atlantic reported that more than 40% of the nation's coronavirus deaths had been residents or employees of nursing homes and long-term-care facilities, and that government officials were seemingly doing little to prevent further devastation.[1] The article also pointed to the human cost of the isolation, noting that patients with dementia deteriorated more rapidly without social interaction.

---

[1] Olga Khazan, *The U.S. Is Repeating Its Deadliest Pandemic Mistake*, The Atlantic, (July 6, 2020), https://www.theatlantic.com/health/archive/2020/07/us-repeating-deadliest-pandemic-mistake-nursing-home-deaths/613855/.

An October 2020 NBC News article reported that many in nursing homes were dying not of Covid-19 but of social isolation related to pandemic restrictions, according to official death records.[2]  Medical experts reported that the harms caused by social isolation were real – from rapid weight loss to lower cognitive function and increased depression, which in turn increased risks of other conditions including high blood pressure, heart disease, and stroke, and caused a decrease in daily living functions.[3]

Mr. Connally and the undersigned look forward to addressing the Court tomorrow, August 4, 2022.

Sincerely,

//s//

Ellie Marranzini
Assistant Federal Public Defender

cc:    AUSAs Rajeev Raghavan and Jessica Collins
       Irma Dasovic, USPO

---

[2] Suzy Kimm, *The hidden Covid-19 health crisis: Elderly people are dying from isolation*, NBC News (Oct. 27, 2020), https://www.nbcnews.com/news/us-news/hidden-covid-19-health-crisis-elderly-people-are-dying-isolation-n1244853.

[3] *Id.*